GERBER, Respondent, v. WISCONSIN GRANITE COMPANY, Appellant.

(225 N. W. 57.)

(File No. 6327. Opinion filed April 13, 1929.)

*Parliman & Parliman*, of Sioux Falls, for Appellant.
*Lynch & Doyle*, of Sioux Falls, for Respondent.

PER CURIAM. This case presents the same question as that involved in Feinberg v. Wisconsin Granite Co., 55 S. D. —, 224 N. W. 184, and, following the decision in that case, the order overruling the demurrer is affirmed.